448 A.2d 1179

McClinton etc. v. White, etc.

Appeal of Barbara White, Administratrix of the Estate of James C. McClinton, Jr., Deceased.

Argued November 14, 1979.  Samuel C. Holland, for appellant;  Robert J. Campbell and John A. Miller, for appellees.

Before CERCONE, P. J., MONTGOMERY and LIPEZ, JJ.

Order affirmed.

448 A.2d 1179

Nole v. Chrysler Corp. et al.

Appeal of Chrysler Corporation.

Argued November 6, 1981.  Paul A. Barrett, for appellant;  Todd O'Malley, for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The order of the court is affirmed.